\*\*E-Filed\*\*
September 12, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>    Plaintiff,<br>    v.<br><br>GENNUM CORPORATION,<br><br>    Defendant._____/ | NO. 3:01-cv-4204-RS<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

A case management conference will be conducted in this action on September 28, 2005 at 3:00 p.m. At that conference, counsel shall be prepared to discuss case status and trial scheduling.

Dated: 9/12/05

                                              /s/ Richard Seeborg
                                              RICHARD SEEBORG
                                              United States Magistrate Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN ELECTRONICALLY DELIVERED TO:**

J. Donald McCarthy     dmccarthy@jonesday.com, gcperez@jonesday.com

John Arai Mitchell     mitch.mitchell@kmzr.com,

Mary Agnes Tuck       matuck@jonesday.com,

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 9/12/05**                                                    **Richard W. Wieking, Clerk**

                                                                     **By:___DM_____**
                                                                         **Chambers**