**United States District Court**
For the Northern District of California

**\*E-FILED 9/13/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, | NO. C 01-4204 RS |
| Plaintiff, | **ORDER DENYING RENEWED MOTION TO STAY ACTION** |
| v. | |
| GENNUM CORPORATION, | |
| Defendant. | |

Before the Court is the renewed motion of plaintiff Technology Licensing Corporation ("TLC") to stay this action pending certain proceedings in the United States Patent and Trademark Office. Pursuant the Court's order shortening time filed on September 6, 2006 and Local Civil Rules 6-3 and 7-1 (b), the matter has been submitted the moving papers and written opposition, without oral argument.

TLC first sought to stay this action pending proceedings in the PTO in June of 2004. By written order filed on June 3, 2004, the Court denied TLC's stay motion, for the reasons stated therein. TLC has renewed[1] the motion based on information it has obtained from the PTO suggesting that the PTO examiner intends to begin examination of the reissue applications at the beginning of October, that he "expects" the examination to take "a few weeks," and that TLC

---

[1] The opposition complains that this is effectively a motion for reconsideration filed in violation of Local Civil Rule 7 -9 (a) in that TLC did not first seek leave to file it. Because the Court prefers to decide this matter on the merits and would not find imposition of sanctions appropriate under all the circumstances here, it will disregard the procedural defect.

1  "should expect a first Official Action from the PTO in both reissue applications in mid-to late
2  October." This is insufficient to overcome the reasons the motion was previously denied. The
3  renewed motion to stay is DENIED.

5  IT IS SO ORDERED.
6  Dated: September 13, 2006

RICHARD SEEBORG
United States Magistrate Judge

C 01-4204 RS

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Lina M. Brenner    lmbrenner@duanemorris.com, bmcoffey@duanemorris.com

Michael A. Dorfman    michael.dorfman@kattenlaw.com, catherine.case@kattenlaw.com; ecfdocket@kattenlaw.com

Martin C. Fliesler    mcf@fdml.com, cakins@fdml.com; mme@fdml.com; mbasch@fdml.com

Daniel J. Herling    djherling@duanemorris.com

Gary R. Maze    grmaze@duanemorris.com,

J. Donald McCarthy    dmccarthy@jonesday.com, gcperez@jonesday.com

Samuel Ray Miller    smiller@flk.com

John Arai Mitchell    mitch@araimitchell.com

Jennifer S. Romano    jsr@flk.com,

Mary Agnes Tuck    mtuck@activision.com

Timothy J. Vezeau    timothy.vezeau@kattenlaw.com, anne.rova@kattenlaw.com

Nicholas W. van Aelstyn    nvanaelstyn@hewm.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 9/13/06**                                                                      **Chambers of Judge Richard Seeborg**

                                                                                                    **By:        /s/ BAK**

C 01-4204 RS