J. Donald McCarthy (State Bar No. 69864)
Todd R. Miller (State Bar No. 193688)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 489-3939
Facsimile:   (213) 243-2539
dmccarthy@jonesday.com
trmiller@jonesday.com

Attorneys for Defendant
GENNUM CORPORATION

**FILED**

OCT 10 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GENNUM CORPORATION,<br><br>Defendant. | No. C 01-4204-RS  *as*<br><br>JOINT REQUEST AND [~~PROPOS~~ED] ORDER AUTHORIZING AUDIO VISUAL EQUIPMENT TO BE BROUGHT INTO COURT FOR USE AT TRIAL<br><br>Date:   October 16, 2006<br>Time:   N/A<br>Place:  Courtroom 4, 5th Floor<br>Judge:  Hon. Richard Seeborg |

1   Gennum Corporation ("Gennum") and Technology Licensing Corporation ("TLC")
2   hereby request that the Court enter an order permitting Gennum and TLC to bring in
3   audio visual equipment for trial which starts on October 16, 2006. Specifically, Gennum
4   and TLC request that the Court permit Gennum and/or TLC to bring projectors,
5   monitors, a DVD player, and any other such equipment including ancillary cables,
6   wiring, and the like required to operate the projectors and the other equipment for use
7   in connection with the trial.
8   IT IS HEREBY ORDERED that Gennum and TLC may bring into Court on
9   October 13, 2006, the projectors, monitors, a DVD player, and associated equipment
10  needed for trial which starts on October 16, 2006.

Respectfully submitted,

JONES DAY

Dated: October 9, 2006

By: /s/ Todd R. Miller
Todd R. Miller
Attorneys for Gennum Corporation

KATTEN, MUCHIN, ZAVIS & ROSENMAN

By: /s/ Michael A. Dorfman
Michael A. Dorfman
Attorneys for Technology Licensing Corporation

**IT IS SO ORDERED.**

Dated: 10/10/, 2006

Hon. Richard Seeborg
United States District Court Judge

1