*E-filed 10/27/2006*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, | NO. C 01-4204 RS |
| Plaintiff, | **POST TRIAL SCHEDULING ORDER** |
| v. | |
| GENNUM CORPORATION, | |
| Defendant. | |

1. Closing arguments shall be heard on January 19, 2007, commencing at 9:30 a.m. Each side will be limited to two hours.

2. No later than 5:00 p.m. Pacific Standard Time on November 21, 2006, the parties shall simultaneously file their respective proposed findings of fact and conclusions of law, and post-trial briefs. Each side's proposed findings of fact and conclusions of law shall address all of the claims and defenses in the case. The trial briefs shall include such further argument as the parties may wish to make regarding any of the motions taken under submission at trial, and shall be limited to 35 pages each.

3. No later than 5:00 p.m. Pacific Standard Time on December 19, 2006, at a time to be agreed to by counsel, the parties shall simultaneously file reply briefs, not to exceed 35 pages each.

4. The Court will issue a separate order ruling on plaintiff's evidentiary objections to certain of the deposition materials submitted by defendant at the close of trial.

IT IS SO ORDERED.
Dated: October 27, 2006

RICHARD SEEBORG
United States Magistrate Judge