*E-filed 11/6/2006*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>　　　　Plaintiff,<br>　v.<br>GENNUM CORPORATION,<br><br>　　　　Defendant._____/ | NO. C 01-4204 RS<br><br>**EVIDENTIARY RULINGS** |

These rulings relate to the deposition excerpts and exhibits submitted by the parties at the close of trial proceedings.

1. Exhibits

Exhibit Nos. 41, 44, 204, 205, 219, 220, 301, 302, 304, 305, 308, 319, 321, 324, 325, 326, 351, 352, 354, 355, 356, 365, 381, 386, 387, 388, 388A, 413, 414, 415, 416, 424, and 986 offered by Gennum are admitted without objection. The objections to Exhibit Nos. 965-971 are overruled, and those exhibits are also admitted.

2. <u>Testimony</u>

*Deposition Of J. Carl Cooper, Taken On May 13, 2003.*

| Portion objected to | Ruling |
| --- | --- |
| 252: 14 - 252: 18 | Overruled. |

*Deposition Of J. Carl Cooper, Taken On June 2, 2003.*

| Portion objected to | Ruling |
| --- | --- |
| 477: 12 - 477: 20 | Overruled. |

*Deposition Of J. Carl Cooper, Taken On August 6, 2003.*

| Portion objected to | Ruling |
| --- | --- |
| 230: 10 - 231: 5 | Sustained. |

*Deposition Of J. Carl Cooper, Taken On September 26, 2003.*

| Portion objected to | Ruling |
| --- | --- |
| 780: 14 | Overruled. |
| 781: 4 - 781: 7 | Overruled. |
| 788: 4 - 788: 6 | Overruled. |
| 804: 11 - 804: 13 | Sustained; answer not admitted. |
| 838: 17 - 839: 3 | Overruled. |
| 864: 22 - 866: 9 | Overruled. |

*Deposition Of Joseph Stephen Gerkes, Taken On June 13, 2003.*

| Portion objected to | Ruling |
| --- | --- |
| 10: 1-7; 14-25 | Overruled. |
| 11: 1; 5; 7-9; 11-25 | Overruled. |
| 22: 1; 14-20; 23-25 | Overruled. |
| 27: 1-11; 16-25 | Overruled. |
| 29: 1-19; 24-25 | Overruled. |
| 30: 1-4; 9-11; 13 18; 21; 23-25 | Overruled. |
| 31: 1-6; 9; 11-25 | Overruled. |
| 32: 1-18; 21-25 | Overruled. |

*Deposition Of Barry Harvey, Taken On September 25, 2003.*

| Portion objected to | Ruling |
|---|---|
| 79: 15-25 | Sustained. |
| 80: 10-15; 17-25 | Sustained. |
| 81: 8-11 | Overruled. |
| 82: 10-17; 19-23; 25 | Sustained. |
| 83: 1-3 | Sustained. |
| 92: 16-17; 19-25 | Sustained. |

*Deposition Of Gary Hodder, Taken On June 13, 2003.*

| Portion objected to | Ruling |
|---|---|
| 9: 1-5; 11-12; 17-18 | Overruled. |

*Deposition Of Stan R. Moote, Taken On July 15, 2003.*

| Portion objected to | Ruling |
|---|---|
| 18: 16-20; 22-23; 25 | Overruled. |
| 19: 1-7; 10; 12-24 | Overruled. |
| 20: 2-10 | Overruled. |
| 21: 3-23; 25 | Overruled. |
| 22: 1; 3-4; 6; 8-13; 21-25 | Overruled. |
| 23: 1-14; 17-19; 21-25 | Overruled. |
| 24: 1-3; 5; 7-13 | Overruled. |
| 27: 6-8; 11;17-18; 20-21;23-24 | Overruled. |
| 28: 1; 3-4; 6; 8-16 | Overruled. |
| 30: 22-23 | Overruled. |
| 31: 5-6; 11-15 | Overruled. |
| 32: 6-9 | Sustained. |
| 34: 1-8 | Overruled. |

| | |
|---|---|
| 35: 19-23 | Overruled. |
| 36: 2-8; 11; 13; 15 16; 18 | Overruled. |
| 37: 6-7; 9; 16-17; 22 23 | Overruled. |
| 39: 1; 7-15; 20-25 | Sustained. |
| 40: 1; 5-16 | Overruled. |
| 58: 1-3; 7-10;12-19;22-23; 25 | Overruled. |
| 61: 1-8;11-14;16-17;20;22-25 | Overruled. |
| 63: 6-12 | Sustained. |
| 63: 24-25 | Overruled. |
| 64: 1 | Overruled. |

*Deposition Of Benjamin Chung-Min Tsai, Taken On July 15, 2003.*

| Portion objected to | Ruling |
|---|---|
| 10: 1-2; 6-7; 9-10; 12-25 | Overruled. |
| 12: 4-6; 9-12; 22-24 | Overruled. |
| 13: 2-21; 25 | Sustained. |
| 14: 1-14; 17-25 | Overruled. |
| 15: 8-10 | Overruled. |
| 15: 15-18 | Sustained. |
| 21: 2- 6 | Overruled. |
| 21:12-16 | Sustained. |

*Deposition Of Peter Symes, Taken On June 24, 2004.*

(a) General Objections

TLC objects to admission of any of Symes deposition testimony after page 41, line 23 of the transcript. The objection is overruled. TLC is correct that it originally obtained leave to take the deposition of Symes, limited to one half day, in light of the fact that Gennum was granted permission to take the deposition of Lori Cooper. See Transcript of Proceedings,

March 23, 2004, at 32:11-33:16. Gennum, however, subsequently requested and was granted leave to depose "the Grass Valley folks." See Transcript of Proceedings, April 12, 2004, at 274:24-25; 275:23-276:6. TLC's further objection based on the witnesses' refusal to allow inspection of certain documents in his possession is also overruled.

(b) Specific objections

| Portion objected to | Ruling |
| --- | --- |
| 46: 2-4, 8 | Overruled. |
| 46:9, 12 | Overruled. |
| 46:13-14, 17-21 | Sustained. |
| 51:5-17, 19-25 | Overruled. |
| 52:3-21 | Sustained. |
| 52:25-53:11 | Overruled. |
| 54:7-55:10, 12-13, 16-25 | Overruled. |
| 56:2-13 | Sustained. |
| 56:19-57:3, 5-18 | Overruled. |
| 57:21-58:17 | Overruled. |

Counter-designations

Gennum objects to certain of TLC's counter-designations on grounds that they go beyond the scope of Gennum's designations. The objection is sustained with respect to the designation of 372: 9-18 of the June 2, 2003 Cooper deposition.

As to the Symes deposition, the rulings are set forth below.

| Portion objected to | Ruling |
| --- | --- |
| 2: 5 - 11 | Overruled. |
| 8: 11 - 25 | Overruled. |
| 9: 1 - 4, 10 - 25 | Sustained. |
| 10: 1 - 5 | Sustained. |
| 21: 7 - 19 | Sustained. |

5

United States District Court
For the Northern District of California

| # | Citation | Ruling |
|---|---|---|
| 1 | 22: 6 - 13, 25 | Sustained. |
| 2 | 23: 1 - 10 | Sustained. |
| 3 | 33: 3 - 16 | Sustained. |
| 4 | 43: 1 - 25 | Sustained. |
| 5 | 44: 1 - 25 | Sustained. |
| 6 | 45: 1 - 4 | Sustained. |
| 7 | 67: 25 | Overruled. |
| 8 | 68:1-2, 5-9, 14-16, 19-22, 24-25 | Overruled. |
| 9 | 70: 1 - 2, 20 - 25 | Overruled. |
| 10 | 71: 1 - 2, 20 - 25 | Overruled. |
| 11 | 76: 17 - 25 | Overruled. |
| 12 | 77: 1 - 25 | Sustained. |
| 13 | 78: 1 - 15, 21 - 25 | Sustained. |

IT IS SO ORDERED.

Dated: November 6, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

C 01-4204 RS