KATTEN MUCHIN ROSENMAN LLP
Timothy J. Vezeau (Admitted *Pro Hac Vice*)
Michael A. Dorfman (Admitted *Pro Hac Vice*)
Rachel M. Vorbeck (Admitted *Pro Hac Vice*)
525 West Monroe Street
Chicago, Illinois  60661-3693
Telephone: 312.902.5200
Facsimile: 312.902.1061

James A. Gromada (Admitted *Pro Hac Vice*)
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, D.C. 20007-5201
Telephone:  202.625.3500
Facsimile:  202.298.7570

Attorneys for Plaintiff TECHNOLOGY LICENSING CORPORATION

*E-FILED 1/16/07*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE BRANCH

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, a California Corporation,<br><br>     Plaintiff,<br><br>     vs.<br><br>GENNUM CORPORATION, a Canadian Corporation,<br><br>     Defendant | Case No. CV-01-4204 RS<br><br>**TECHNOLOGY LICENSING CORPORATION'S REQUEST AND [PROPOSED] ORDER AUTHORIZING AUDIO VISUAL EQUIPMENT TO BE BROUGHT INTO COURT FOR USE AT CLOSING ARGUMENT**<br><br>Date:    January 19, 2007<br>Time:    9:30 AM<br>Place:   Courtroom 4, 5th Floor<br>**Judge:   Honorable Richard Seeborg** |

1  Technology Licensing Corporation ("TLC") hereby requests that the Court enter an Order
2  permitting TLC to bring in audio visual equipment for the closing argument set for January 19, 2007
3  at 9:30 AM.  Specifically, TLC requests that the Court permit TLC to bring projectors and any other
4  such equipment including ancillary cables, wiring, and the like required to operate the projectors for
5  use in connection with the closing argument.

6  IT IS HEREBY ORDERED that TLC may bring into Court on January 18, 2007 and/or
7  January 19, 2007 the projectors and associated equipment needed for the closing argument set for
8  January 19, 2007.

9  Respectfully submitted,

10 Dated: January 12, 2007        KATTEN MUCHIN ROSENMAN LLP

13 By:   /s/ Michael A. Dorfman
   KATTEN MUCHIN ROSENMAN LLP
14 Timothy J. Vezeau (Admitted *Pro Hac Vice*)
   Michael A. Dorfman (Admitted *Pro Hac Vice*)
15 Rachel M. Vorbeck (Admitted *Pro Hac Vice*)
   525 West Monroe Street
16 Chicago, Illinois  60661-3693
   Telephone: 312.902.5200
   Facsimile: 312.902.1061

18 James A. Gromada (Admitted *Pro Hac Vice*)
   1025 Thomas Jefferson Street, N.W.
19 East Lobby, Suite 700
   Washington, D.C. 20007-5201
20 Telephone:  202.625.3500
   Facsimile:  202.298.7570

22 Attorneys for Plaintiff TECHNOLOGY
   LICENSING CORPORATION

24 **IT IS SO ORDERED.**

26 Dated: January 16, 2007        _____
                                  Hon. Richard Seeborg
                                  United States District Court Judge

1

TLC'S REQUEST REGARDING A/V EQUIPMENT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the pleading or paper to which the certificate is attached was duly served in accordance with the provisions of Rule 5(b) of the Federal Rules of Civil Procedure to all parties or their attorney by electronic filing via ECF pursuant to the Electronic Case Filing Guidelines of the United States District Court, Northern District of California., to the following address(es):

Lina M. Brenner
lmbrenner@duanemorris.com;
bmcoffey@duanemorris.com

Martin C. Fliesler
mcf@fdml.com; cakins@fdml.com;
mme@fdml.com; mbasch@fdml.com

Daniel J. Herling
djherling@duanemorris.com

Gary R. Maze
grmaze@duanemorris.com

J. Donald McCarthy
dmccarthy@jonesday.com;
gcperez@jonesday.com

Nicholas W. van Aelstyn
nvanaelstyn@hewm.com

The undersigned further certifies that the pleading or paper to which the certificate is attached was duly served in accordance with the provisions of Rule 5(b) of the Federal Rules of Civil Procedure to all parties or their attorney by deposit thereof, enclosed in a post-paid, properly addressed wrapper, in a post office or an official depository under the exclusive care and custody of the United States Postal Service, to the following address(es):

Lewis F. Gould
Duane Morris LLP
One Liberty Place
Philadelphia, PA 19103

Stephan P. Gribok
Duane Morris LLP
One Liberty Place
Philadelphia, PA 19103

David B Crochan
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114-1190

Todd R. Miller
Jones Day
50th Floor
555 South Flower Street
Los Angeles, CA 90071

Richard T. Redano
Duane Morris LLP
One Greenway Plaza
Suite 500
Houston, TX 77046

| | | |
|---|---|---|
| Dated: January 12, 2007 | | KATTEN MUCHIN ROSENMAN LLP |
| | By: | /s/ Michael A. Dorfman |

                        KATTEN MUCHIN ROSENMAN LLP
                        Timothy J. Vezeau (Admitted *Pro Hac Vice*)
                        Michael A. Dorfman (Admitted *Pro Hac Vice*)
                        Rachel M. Vorbeck (Admitted *Pro Hac Vice*)
                        525 West Monroe Street
                        Chicago, Illinois  60661-3693
                        Telephone: 312.902.5200
                        Facsimile: 312.902.1061

                        James A. Gromada (Admitted *Pro Hac Vice*)
                        1025 Thomas Jefferson Street, N.W.
                        East Lobby, Suite 700
                        Washington, D.C. 20007-5201
                        Telephone:  202.625.3500
                        Facsimile:  202.298.7570

                        Attorneys for Plaintiff TECHNOLOGY LICENSING CORPORATION