**United States District Court**
For the Northern District of California

**\*E-FILED 5/24/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, | NO. C 01-4204 RS |
| Plaintiff, | **ORDER RE PREPARATION OF JUDGMENT** |
| v. | |
| GENNUM CORPORATION, | |
| Defendant. | |
| _____/ | |

Gennum Corporation  is hereby directed to prepare a proposed judgment, and to solicit the approval of Technology Licensing Corporation as to form.  The proposed judgment should be submitted as promptly as practicable, but in no event later than May 31, 2007.

IT IS SO ORDERED.

Dated: May 24, 2007

RICHARD SEEBORG
United States Magistrate Judge

C 01-4204 RS

1