*e-filed 6/1/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, | NO. C 01-4204 RS |
| Plaintiff, | **ORDER RE ENTRY OF FINAL JUDGMENT** |
| v. | |
| GENNUM CORPORATION, | |
| Defendant. | |

On further consideration of this Court's Order and Opinion of May 4, 2007 (the "May 4th Order"), which completely disposes of all claims between Technology Licensing Corporation ("TLC") and Gennum Corporation regarding U.S. Patent Nos. 5,486,869 and 5,754,250, and in view of the parties' joint submission filed May 24, 2007, stipulating that a separate, appealable, judgment could and should be entered herein, the Court is of the opinion that the May 4th Order should result in a separate, appealable judgment, and such judgment shall be entered in this action.

It is expressly determined by the Court, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that there is no just reason for delay in the entry of a separate final judgment because the stayed claims remaining in the case between TLC and Gennum are factually related to the issues decided in the May 4th Order, and any modifications or reversal of the judgment entered in accordance with the May 4th Order would have significant effect on any trial of the stayed claims. An immediate appeal therefore serves the interests of judicial economy and the just and efficient

1  resolution of the entire action.  Accordingly, a final judgment shall be entered herewith.

3  IT IS SO ORDERED.

4  Dated: June 1, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Lina M. Brenner     lmbrenner@duanemorris.com, bmcoffey@duanemorris.com

Michael A. Dorfman     michael.dorfman@kattenlaw.com, mary.picot@kattenlaw.com; ecfdocket@kattenlaw.com

Martin C. Fliesler     mcf@fdml.com, cakins@fdml.com; mme@fdml.com

James Allen Gromada     jgromada@kattenlaw.com

Daniel J. Herling     djherling@duanemorris.com, bmcoffey@duanemorris.com

Gary R. Maze     grmaze@duanemorris.com,

J. Donald McCarthy     dmccarthy@jonesday.com, gcperez@jonesday.com

John Arai Mitchell     mitch@araimitchell.com

Timothy J. Vezeau     timothy.vezeau@kattenlaw.com, anne.rova@kattenlaw.com

Nicholas W. van Aelstyn     nvanaelstyn@bdlaw.com, ladams@bdlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 6/1/07**                              **Chambers of Judge Richard Seeborg**

                                               **By:      /s/ BAK**

C 01-4204 RS

3