**\*E-FILED 12/11/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>GENNUM CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 01-04204 RS |
| TECHNOLOGY LICENSING CORPORATION<br><br>    Plaintiff,<br><br>    v.<br><br>VIDEOTEK, INC.,<br><br>    Defendant<br>_____/ | No. C 04-00604 RS |
| AND RELATED CLAIMS AND COUNTERCLAIMS.<br>_____/ | |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The parties are directed to file a joint letter on January 21, 2009 addressing the status of all unresolved claims, counterclaims and third party actions in this and all related actions with a telephonic status conference to follow at **2:30 p.m. on January 28, 2009**.

ORDER SETTING STATUS CONFERENCE

No later than Friday, January 23, 2009, all parties shall contact Court Conference at 866/582-6878 to arrange participation by telephone.

DATED: December 11, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

United States District Court
For the Northern District of California

ORDER SETTING STATUS CONFERENCE 2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Daniel J. Herling    herling@khlaw.com, bremer@khlaw.com

Gary R. Maze    grmaze@duanemorris.com

J. Donald McCarthy    jdmccarthy@duanemorris.com, gcperez@jonesday.com

James Allen Gromada    jgromada@kattenlaw.com

John Arai Mitchell    mitch@araimitchell.com

Lina M. Brenner    lmbrenner@duanemorris.com, bmcoffey@duanemorris.com

Martin C. Fliesler    mcf@fdml.com, cakinselledge@fdml.com, mme@fdml.com

Michael A. Dorfman    michael.dorfman@kattenlaw.com, ecfdocket@kattenlaw.com, sharyn.castle@kattenlaw.com, susan.mahmarian@kattenlaw.com

Nicholas Wolfgang VanAelstyn    nvanaelstyn@bdlaw.com, ladams@bdlaw.com

Timothy J. Vezeau    timothy.vezeau@kattenlaw.com, anne.rova@kattenlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: December 11, 2008

                                            /s/ BAK
                                            Chambers of Magistrate Judge Richard Seeborg