UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| TECHNOLOGY LICENSING CORP,<br><br>   Plaintiff,<br>   v.<br><br>PELCO INC,<br><br>   Defendant.<br>_____/ | No. C 12-01427 LB<br><br>**ORDER REFERRING CASE FOR RELATED CASE DETERMINATION** |

On March 19, 2012, Judge Shadur of the United States District Court for the Northern District of Illinois transferred the instant action to the United States District Court for the Northern District of California. Minute Entry, ECF No. 30. The action was assigned to the undersigned.

On March 30, 2012, Defendant filed a motion to relate the instant action to two previous actions filed in this District, namely, *TLC v. Videotek, Inc.*, Case No. 5:01-cv-04204-RS, and *Intersil v. TLC*, No. 5:09-cv-02386-RS. Motion to Relate, ECF No. 37. Judge Richard Seeborg presided over both of these previous actions. Thus, pursuant to Civil Local Rule 3-12(c), the instant action is HEREBY REFERRED to Judge Richard Seeborg for consideration of whether the above-referenced actions are related.

**IT IS SO ORDERED.**

Dated: April 10, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 12-01427